NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AVIVA SPORTS, INC., A MINNESOTA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**FINGERHUT DIRECT MARKETING, INC., A DELAWARE CORPORATION, MENARD, INC., A WISCONSIN CORPORATION, KMART CORPORATION, A MICHIGAN CORPORATION,**
*Defendants-Appellants*

**MANLEY TOYS, LTD., DBA MANLEY TOYS, DBA TOYQUEST, A HONG KONG, CHINA CORPORATION,**
*Defendant*

———————————

2014-1394

———————————

Appeal from the United States District Court for the District of Minnesota in No. 0:09-cv-01091-JNE-JSM, Judge Joan N. Ericksen.

———————————

**JUDGMENT**

———————————

JOHN THOMAS VITT, Dorsey & Whitney LLP, Minneapolis, MN, argued for plaintiff-appellee. Also represented by DAVID YOUNGERT TREVOR, MICHAEL WEINBECK.

THOMAS SCHMIDT, Hogan Lovells US LLP, New York, NY, argued for defendants-appellants. Also represented by NEAL KUMAR KATYAL, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.**  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court